UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN RUSSO,

           Plaintiff,

    v.

DAVID LIVINGSTON, et al.,

           Defendants.

Case No. 25-cv-09294-AMO (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S APRIL 13, 2026 ORDER**

Plaintiff Justin Russo, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983, representing himself.  On April 13, 2026, the Court issued an Order granting Russo an extension of time to file a completed prisoner *in forma pauperis* ("IFP") application.  Dkt. 8.

Before the Court is Russo's request for an extension of time to respond to the Court's April 13, 2026 Order.  Dkt. 8

Good cause appearing, the Court **GRANTS** Russo's request for a second extension of time to file a completed IFP application.  No later than **twenty-eight (28) days** from the date of this Order, Russo shall file his prisoner trust account statement for the previous six months.  The failure to do so on or by the twenty-eight-day deadline will result in the dismissal of this action without prejudice.

    **IT IS SO ORDERED.**

Dated:  5/13/2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**